# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAY SHAFIK § | |
| § | Civil Action No. 4:19-CV-331 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Ray Shafik's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (Dkt. #16) and the Commissioner's Response (Dkt. #20), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #16) is **GRANTED**, and the Commissioner is directed to pay seven thousand five hundred ninety-seven dollars and seventy-six cents ($7,597.76) in attorney's fees, plus court costs of four hundred dollars ($400.00), for a total award of seven thousand nine hundred ninety-seven dollars and seventy-six cents ($7,997.76). Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 28th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE